# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **TIMOTHY C. ANDERSON, JR.,** | ) |
| Plaintiff, | ) Case No. 1:23CV00008 |
| v. | ) **JUDGMENT** |
| **NUTRA PURE, LLC, D/B/A CBD *PURE*, A/K/A CBD PURE,** | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

This action came before the Court for a bench trial. The issues have been tried and the Court has rendered its verdict. It is **ORDERED AND ADJUDGED** that in accordance with the verdict, judgment is granted to Plaintiff against Defendant in the sum of one hundred fifty thousand dollars ($150,000).

Plaintiff may file a motion seeking attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d)(2) within 21 days of this date.

The Clerk shall administratively close the case.

ENTER: November 15, 2023

/s/ JAMES P. JONES
Senior United States District Judge